# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

Michael Aguder
1499 Massachusetts Ave Apt 317
Washington DC 20005

**Plaintiff**

vs.

**FILED CIVIL ACTIONS BRANCH NOV 02 2018** Superior Court of the District of Columbia Washington, D.C.

**CIVIL ACTION No.** 18-0007713

Kimberly Pare-
~~DK Rumford LLC~~
Rumford Center
20 Newman Ave
Rumford, RI. 02916

**Defendants**

Pesrine Property Management
20 Newman Ave #1105
Rumford, RI 02916

## COMPLAINT

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Contine to receive contact from Kim Pare in regards to a issue that was resolved the original complaint was a conspiracy to throw me out of a resistance with Shaws supermarket employees.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 6,000,000 with interest and costs.

Phone: 202-465-0300

**DISTRICT OF COLUMBIA, SS**

Michael Aguder, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

(Plaintiff) / (Agent)

Subscribed and sworn to before me this 2 day of November, 20 18.

(Notary Public/Deputy Clerk)

Herman Weaver
Deputy Clerk

FORM CV-1013/ Nov. 00